1　　　　　　PAGES
Richard Jare, (SBN 109331)
2　6440 Carolinda Drive
　Granite Bay, CA 95746
3　Meetings Only at 455 Capitol Mall, S. 330A
　Sacramento, CA 95814, Do not send any Postal mail to the
4　Capitol Mall Address
　Fax number:　　(916) 676-0511
5　Phone:　　(916) 995-1347
　www.RosevilleBankruptcyAttorney.com
6　www.SacramentoBankruptcyAttorney.com
　Attorney for Debtor (s)

7　　　　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　　　　　EASTERN DISTRICT OF CALIFORNIA
8　　　　　　　　　　　SACRAMENTO DIVISION

9
　　　　　　　　　　　　　　　　) 　Case No.　19-23707-B-13C
10 In Re　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　) 　D.C. No. D.C. No. RJ-001
11 Michael Mark Panopio &　　　)
　　　　　　　　　　　　　　　　) 　Exhibit in Support of
　Caroline Macaraeg Panopio,　) 　Motion to Modify Chapter 13
12　　　　　　　　　　　　　　　) 　Plan
　　　　　　　　　　　　　　　　)
13　　　　　　　　　　　　　　　) 　Date: May 19, 2020
　　　　　　　　　　　　　　　　) 　Time: 1:00 PM
　　　　　　　　　　　　　　　　) 　Place: Dept. "B", Ctrm 34
14　　　　　　　　　　　　　　　) 　　　　　501 I Street, 6th Flr
　　　　　　　　　　　　　　　　) 　　　　　　SACRAMENTO, CA
15

16　　　_____Debtors_____

17

18　　　　Property tax bills

19

20

21

22

23

24

25

26

27

28

**Page -1-**





# PLACER COUNTY 2019 - 2020 PROPERTY TAX BILL
### Jenine Windeshausen, Treasurer/Tax Collector
2976 Richardson Drive, Auburn, CA 95603, (530) 889-4120, www.placer.ca.gov/tax

**SECURED SUPPLEMENTAL TAX ROLL FOR FISCAL YEAR JULY 1, 2019 - JUNE 30, 2020**

## PROPERTY INFORMATION

| | |
|---|---|
| ASMT NUMBER: | 990-406-322-000 |
| ORIG ASMT: | 402-050-058-000 |
| FEE NUMBER: | 402-050-058-000 |
| LOCATION: | 6097 TWIN SUNS ST |
| TAX RATE AREA: | 005071 |
| ACRES: | 0.00 |

6097 TWIN SUNS ST
ROSEVILLE CA 95747

## IMPORTANT MESSAGES

Original bill date 05/30/2019
THIS BILL WILL NOT BE SENT TO YOUR LENDER
**********THIS BILL IS YOUR RESPONSIBILITY**********
Ownership change on 12/14/2018
Bill for 199 days/prorate of 0.500000/% of %S
Ownership From 12/14/2018 through 06/30/2019

**2019-2020**   DUPLICATE COPY

## COUNTY VALUES, EXEMPTIONS, AND TAXES

| PHONE # | DESCRIPTION | PRIOR | CURRENT | BILLED |
|---|---|---|---|---|
| VALUATIONS (530) 889-4300 | LAND | 69360 | 125000 | 55640 |
| TAX RATES (530) 889-4160 | | 0 | 0 | 0 |
| EXEMPTIONS (530) 889-4300 | | 0 | 0 | 0 |
| PAYMENTS (530) 889-4120 | STRUCTURAL IMPROVEMENTS | 0 | 419257 | 419257 |
| PERS PROP (530) 889-4300 | | 0 | 0 | 0 |
| ADDR CHGS (530) 889-4300 | | 0 | 0 | 0 |
| GEN. INQ. (530) 889-4120 | | 0 | 0 | 0 |
| | | 0 | 0 | 0 |
| | **NET TAXABLE VALUE** | | | **474897** |
| | VALUES X TAX RATE PER $100 1.000000 X PRORATION FACTOR 0.500000 | | | **$2,374.48** |

## VOTER APPROVED TAXES / TAXING AGENCY DIRECT CHARGES & SPECIAL ASSESSMENTS / FEES

| PHONE # | CODE | DESCRIPTION | ASSESSED VALUE | X | TAX RATE / 100 | = | TAX AMOUNT |
|---|---|---|---|---|---|---|---|
| (530) 889-4173 | 35702 | Rsvl City Elem B&I 2002 Series A Non Refunding | 474897 | | 0.005802 | | $13.76 |
| (530) 889-4173 | 35704 | Rsvl City Elem B&I 2002 Series A&B Ref 2011 | 474897 | | 0.004318 | | $10.24 |
| (530) 889-4173 | 36400 | Rsvl High B&I 1992 | 474897 | | 0.012407 | | $29.44 |
| (530) 889-4173 | 36453 | Rsvl High B&I 2004 Series C Non Refunding | 474897 | | 0.000926 | | $2.18 |
| (530) 889-4173 | 36454 | Rsvl High B&I 2004 A B & C Ref 2013 | 474897 | | 0.020975 | | $49.80 |
| (530) 889-4173 | 36460 | Rsvl High B&I 2008 SFID #1 11A Non-Ref 2016B | 474897 | | 0.001973 | | $4.68 |
| (530) 889-4173 | 36461 | Rsvl High B&I 2008 SFID #1 11A Ref 2016B | 474897 | | 0.007467 | | $17.72 |
| (530) 889-4173 | 36462 | Rsvl High B&I 2008 SFID #1 Series 2017 | 474897 | | 0.022305 | | $52.96 |

| PHONE # | DESCRIPTION | DIR CHRG | PHONE # | DESCRIPTION | DIR CHRG | PHONE # | DESCRIPTION | DIR CHRG |
|---|---|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| | | AGENCY TAXES | $203.10 |
| PENALTY & COST | $267.74 | DIRECT CHARGES | $0.00 |
| | | FEES | $0.00 |
| AGENCY TAXES + DIRECT CHARGES + FEES + PENALTY + COST + DELINQUENT PENALTIES | | | $470.84 |

| 1st INSTALLMENT $1,417.66 | 2nd INSTALLMENT $1,427.66 | TOTAL TAXES |
|---|---|---|
| DELINQUENT AFTER 07/01/2019 | DELINQUENT AFTER 10/31/2019 | $2,845.32 |

---

### PLACER COUNTY SECURED SUPPL PROPERTY TAXES - 2ND INSTALLMENT PAYMENT STUB

| | | | |
|---|---|---|---|
| ASMT NUMBER: | 990-406-322-000 | TAX YEAR: 2018 | MAKE CHECK PAYABLE TO: |
| ORIG ASMT: | 402-050-058-000 | | **PLACER COUNTY TAX COLLECTOR** |
| FEE NUMBER: | 402-050-058-000 | | 2976 Richardson Drive |
| LOCATION: | 6097 TWIN SUNS ST | | Auburn, CA 95603 |

6097 TWIN SUNS ST
ROSEVILLE CA 95747

**2019-2020    2ND**

PAST DUE AMOUNT   $1,427.66

DELINQUENT AFTER 10/31/2019 (INCLUDES 10% PENALTY OF  $128.87 AND $10.00 COST)    $1427.66

9904063220002201800000014276652000001427665201B0

- - - - - - - - - - - - - - - - - - - - - - - - CUT HERE - - - - - - - - - - - - - - - - - - - - - -

### PLACER COUNTY SECURED SUPPL PROPERTY TAXES - 1ST INSTALLMENT PAYMENT STUB

| | | | |
|---|---|---|---|
| ASMT NUMBER: | 990-406-322-000 | TAX YEAR: 2018 | MAKE CHECK PAYABLE TO: |
| ORIG ASMT: | 402-050-058-000 | | **PLACER COUNTY TAX COLLECTOR** |
| FEE NUMBER: | 402-050-058-000 | | 2976 Richardson Drive |
| LOCATION: | 6097 TWIN SUNS ST | | Auburn, CA 95603 |

6097 TWIN SUNS ST
ROSEVILLE CA 95747

**2019-2020    1ST**

PAST DUE AMOUNT   $1,417.66

DELINQUENT AFTER 07/01/2019 (INCLUDES 10% PENALTY OF  $128.87 AND $0.00 COST)    $1417.66
TO PAY TOTAL TAXES   $2845.32

9904063220002201800000014176661000001417666201B0

Ad-valorem Taxes

| Phone | Code | Description | Assessed Value | Tax Rate | Tax Amount |
|---|---|---|---|---|---|
| 5308894173 | 36470 | Rsvl High B&I 2016 Series A | 474897 | 0.009403 | 22.3200 |

# PLACER COUNTY 2019 - 2020 PROPERTY TAX BILL
### Jenine Windeshausen, Treasurer/Tax Collector
**2976 Richardson Drive, Auburn, CA 95603, (530) 889-4120, www.placer.ca.gov/tax**
### SECURED TAX ROLL FOR FISCAL YEAR JULY 1, 2019 - JUNE 30, 2020

## PROPERTY INFORMATION

| | | | |
|---|---|---|---|
| **ASMT NUMBER:** | 402-050-058-000 | **TAX RATE AREA:** | 005071 |
| **ORIG ASMT:** | 402-050-058-000 | **ACRES:** | 0.00 |
| **FEE NUMBER:** | 402-050-058-000 | | |
| **LOCATION:** | 6097 TWIN SUNS ST | | |

## IMPORTANT MESSAGES
Original bill date 08/28/2019
Cortac Number: 5211

6097 TWIN SUNS ST
ROSEVILLE CA 95747

## COUNTY VALUES, EXEMPTIONS, AND TAXES

| PHONE # | | DESCRIPTION | PRIOR | CURRENT | BILLED |
|---|---|---|---|---|---|
| VALUATIONS | (530) 889-4300 | LAND | 0 | 125000 | 125000 |
| TAX RATES | (530) 889-4160 | | 0 | 0 | 0 |
| EXEMPTIONS | (530) 889-4300 | | 0 | 0 | 0 |
| PAYMENTS | (530) 889-4120 | STRUCTURAL IMPROVEMENTS | 0 | 419257 | 419257 |
| PERS PROP | (530) 889-4300 | | 0 | 0 | 0 |
| ADDR CHGS | (530) 889-4300 | | 0 | 0 | 0 |
| GEN. INQ. | (530) 889-4120 | | 0 | 0 | 0 |
| | | | 0 | 0 | 0 |

**NET TAXABLE VALUE**     544257
**VALUES X TAX RATE PER $100** 1.000000     **$5,442.56**

## VOTER APPROVED TAXES / TAXING AGENCY DIRECT CHARGES & SPECIAL ASSESSMENTS / FEES

| PHONE # | CODE | DESCRIPTION | ASSESSED VALUE | X | TAX RATE / 100 | = | TAX AMOUNT |
|---|---|---|---|---|---|---|---|
| (530) 889-4173 | 35250 | Sierra Coll SFID #4 B&I 2018 Series A | 544257 | | 0.015791 | | $85.94 |
| (530) 889-4173 | 35702 | Rsvl City Elem B&I 2002 Series A Non Refunding | 544257 | | 0.005682 | | $30.92 |
| (530) 889-4173 | 35704 | Rsvl City Elem B&I 2002 Series A&B Ref 2011 | 544257 | | 0.004579 | | $24.92 |
| (530) 889-4173 | 36400 | Rsvl High B&I 1992 | 544257 | | 0.012969 | | $70.58 |
| (530) 889-4173 | 36453 | Rsvl High B&I 2004 Series C Non Refunding | 544257 | | 0.000884 | | $4.82 |
| (530) 889-4173 | 36454 | Rsvl High B&I 2004 A B & C Ref 2013 | 544257 | | 0.020883 | | $113.66 |
| (530) 889-4173 | 36460 | Rsvl High B&I 2008 SFID #1 11A Non-Ref 2016B | 544257 | | 0.002652 | | $14.44 |
| (530) 889-4173 | 36461 | Rsvl High B&I 2008 SFID #1 11A Ref 2016B | 544257 | | 0.005628 | | $30.64 |

| PHONE # | DESCRIPTION | DIR CHRG | PHONE # | DESCRIPTION | DIR CHRG | PHONE # | DESCRIPTION | DIR CHRG |
|---|---|---|---|---|---|---|---|---|
| (800) 273-5167 | Placer Mosquito & Vector C | $29.98 | (866) 807-6864 | City of Rsvl Municipal | $456.64 | (866) 807-6864 | City of Rsvl Westbrook | $1,749.96 |
| (866) 807-6864 | City of Rsvl Westbrook CFD | $5.68 | | | | | | |

| | | |
|---|---|---|
| | **AGENCY TAXES** | $540.18 |
| | **DIRECT CHARGES** | $2,242.26 |
| PENALTY & COST $0.00 | **FEES** | $0.00 |
| AGENCY TAXES + DIRECT CHARGES + FEES + PENALTY + COST + DELINQUENT PENALTIES | | $2,782.44 |

| 1st INSTALLMENT $4,112.50 | 2nd INSTALLMENT $4,112.50 | TOTAL TAXES |
|---|---|---|
| PAID ON 12/04/2019 | DELINQUENT AFTER 04/10/2020 | $8,225.00 |

### PLACER COUNTY SECURED PROPERTY TAXES - 2ND INSTALLMENT PAYMENT STUB

| | | | |
|---|---|---|---|
| **ASMT NUMBER:** | 402-050-058-000 | **TAX YEAR:** 2019 | **MAKE CHECK PAYABLE TO:** |
| **ORIG ASMT:** | 402-050-058-000 | | **PLACER COUNTY TAX COLLECTOR** |
| **FEE NUMBER:** | 402-050-058-000 | | **2976 Richardson Drive** |
| **LOCATION:** | 6097 TWIN SUNS ST | | **Auburn, CA 95603** |

6097 TWIN SUNS ST
ROSEVILLE CA 95747

2019 - 2020    **2ND**

IF PAID BY 04/10/2020    $4,112.50

DELINQUENT AFTER 04/10/2020 (INCLUDES 10% PENALTY OF $411.25 AND $10.00 COST)    $4533.75

`40205005800002019800000411250420000045337582019 8`

--------- CUT HERE ---------

### PLACER COUNTY SECURED PROPERTY TAXES - 1ST INSTALLMENT PAYMENT STUB

| | | | |
|---|---|---|---|
| **ASMT NUMBER:** | 402-050-058-000 | **TAX YEAR:** 2019 | **MAKE CHECK PAYABLE TO:** |
| **ORIG ASMT:** | 402-050-058-000 | | **PLACER COUNTY TAX COLLECTOR** |
| **FEE NUMBER:** | 402-050-058-000 | | **2976 Richardson Drive** |
| **LOCATION:** | 6097 TWIN SUNS ST | | **Auburn, CA 95603** |

6097 TWIN SUNS ST
ROSEVILLE CA 95747

2019 - 2020    **1ST**

PAID ON 12/04/2019    $4,112.50



PAID

`40205005800002019800000411250410000045237592019 8`

Ad-valorem Taxes

| Phone | Code | Description | Assessed Value | Tax Rate | Tax Amount |
|---|---|---|---|---|---|
| 5308894173 | 36462 | Rsvl High B&I 2008 SFID #1 Series 2017 | 544257 | 0.015869 | 86.3600 |
| 5308894173 | 36463 | Rsvl High B&I 2008 SFID #1 Series 2018 | 544257 | 0.001309 | 7.1200 |
| 5308894173 | 36470 | Rsvl High B&I 2016 Series A | 544257 | 0.011789 | 64.1600 |
| 5308894173 | 36471 | Rsvl High B&I 2016 Series B | 544257 | 0.001216 | 6.6200 |