**2 PAGES**
Richard Jare, (SBN 109331)
6440 Carolinda Drive
Granite Bay, CA 95746
Meetings Only at 455 Capitol Mall, S. 330A
Sacramento, CA 95814, Do not send any Postal mail to the
Capitol Mall Address
Fax number:    (916) 676-0511
Phone:    (916) 995-1347
 www.RosevilleBankruptcyAttorney.com
 www.SacramentoBankruptcyAttorney.com
Attorney for Debtor (s)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| In Re<br><br>Michael Mark Panopio &<br>Caroline Macaraeg Panopio,<br><br><br><br><br><br>_____Debtor_____ | Case No. 19-23707-B-13C<br><br>D.C. No. RJ-001<br><br>Amended Notice of Hearing on Motion to Modify Chapter 13 Plan<br><br>Date: May 19, 2020<br>Time: 1:00 PM<br>Place: Dept. "B", Ctrm 34<br>       501 I Street, 6th Flr<br>              SACRAMENTO, CA |

   NOTICE IS HEREBY GIVEN that a hearing has been scheduled for the motion to modify the Chapter 13 plan so that it will conform to the 1st Modified Chapter 13 Plan, served herewith.  This hearing shall be held on May 19, 2020 at the hour of  1:00 PM, or as soon thereafter as the matter may be heard.  The hearing shall take place in Courtroom "34", of the United States Bankruptcy Court for the Eastern District of California, Sacramento Division.  Judge Christopher D. Jaime's court is on the 6th Floor of the Courthouse located at 501 "I" Street, Sacramento, CA.

     Pursuant to the Federal Rules of Bankruptcy Procedure, an objection to plan approval is governed by Rule 3015(b, Rule

1  3020(b) and Rule 9014. Pursuant to LBR 9014-1(f)(1)(ii),
2  opposition, if any, to the granting of the motion shall be in
3  writing and shall be served and filed with the Court by the
4  responding party at least fourteen (14) calendar days preceding
5  the date or continued date of the hearing. Opposition shall be
6  accompanied by evidence establishing its factual allegations.
7  Without good cause, no party shall be heard in opposition to a
8  motion at oral argument if written opposition to the motion has
9  not been timely filed. Failure of the responding party to timely
10 file written opposition may be deemed a waiver of any opposition
11 to the granting of the motion or may result in the imposition of
12 sanctions (or late opposition may be stricken).

13  Notice is hereby given to respondents that they can
14 determine whether the matter has been resolved without oral
15 argument or whether the court has issued a tentative ruling, and
16 can view [any] pre-hearing dispositions by checking the Court's
17 website at www.caeb.uscourts.gov after 4:00 P.M. the day before
18 the hearing, sand that parties appearing telephonically must view
19 the pre-hearing dispositions prior to the hearing.

20  Opposition must be served and filed, the deadline for filing
21 and serving it is May 05, 2020  and the names and addresses of
22 persons who must be served with, any opposition are:

Mr. David P. Cusick, Esq.         U.S. Trustee
Chapter 13 trustee                501 I Street, Suite 7-500
P.O. Box 1858                     Sacramento, Ca 95814
Sacramento, Calif. 95812-1858

  March 10, 2020
                    /s/ Richard Jare
                    _____
                    Richard Jare, (SBN 109331)
                    Attorney for Debtor

**Page -2-**