```
    4 PAGES
Richard Jare, (SBN 109331)
6440 Carolinda Drive
Granite Bay, CA 95746
```
Meetings Only at 455 Capitol Mall, S. 330A
Sacramento, CA 95814, Do not send any Postal mail to the Capitol Mall Address

```
Fax number:    (916) 676-0511
Phone:    (916) 995-1347
www.RosevilleBankruptcyAttorney.com
www.SacramentoBankruptcyAttorney.com
Attorney for Debtor (s)
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In Re | Case No. 19-23707-B-13C |
| | D.C. No. RJ-001 |
| Michael Mark Panopio & | |
| Caroline Macaraeg Panopio, | Proof of Service |
| | Date: May 19, 2020 |
| Debtor | |

  I am a citizen of the United States and a residence. I am over the age of eighteen years and not a party to the above entitled action. My business address is 6440 Carolinda Drive Granite Bay, CA 95746

  Today, March 10, 2020, I served the below listed documents BY MAIL on the parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office Mailbox in California addressed as follows:

**SEE PACER MATRIX, ATTACHED,** Richard Jare omitted

DOCUMENTS SERVED: Amended Notice of Hearing on Motion to Modify Chapter 13 Plan:  Motion to Modify  Chapter 13 Plan; Declaration of Debtor in Support ofMotion to Modify Chapter 13 Plan,  1st Modified  Chapter 13 Plan , all filed March 10, 2020

  I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

EXECUTED: March 10, 2020    /s/ Richard Jare

                          Richard L. Jare

Page -1-

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0972-2<br>Case 19-23707<br>Eastern District of California<br>Sacramento<br>Tue Mar 10 23:52:19 PDT 2020 | Aligncumulus<br>P o Box 845817<br>Los Angeles CA 90084-5817 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| AmeriCredit GM<br>P O Box 183853<br>Phoenix AZ 85062-8143 | AmeriCredit Gm Financial<br>4001 Embarcadero<br>Arlington TX 76014-4106 | American InfoSource LP as agent for<br>Spot Loan<br>PO Box 248838<br>Oklahoma City OK 73124-8838 |
| Ashley Home Furnishing Credit<br>P O Box 960061<br>Orlando FL 32896-0061 | Atlas Acquisitions LLC<br>Attn: Avi Schild<br>294 Union St<br>Hackensack, NJ 07601-4303 | Atlas Acquisitions LLC<br>294 Union St<br>Hackensack NJ 07601-4303 |
| BANK OF MISSOURI<br>2700 S LORRAINE PL<br>SIOUX FALLS, SD 57106-3657 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America<br>100 North Tryon St<br>Charlotte NC 28202-4024 |
| Bank of Missouri<br>233 W Jackson Blvd<br>Jackson MO 63755-2047 | Bass Associates<br>3936 E Fort Lowell Rd Suite 200<br>Tucson AZ 85712-1083 | Big Lots<br>P O Box 60504<br>City Of Industry CA 91716-0504 |
| Brookwood Loans<br>3440 Preston Ridge Rd Suite 100<br>Alpharetta GA 30005-3822 | Brookwood Loans of California, LLC<br>PO Box 5970<br>Alpharetta GA 30023-5970 | CCB Credit Services<br>5300 S 6th Street<br>Springfield IL 62703-5184 |
| CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND, OH 44181-8011 | (p)CAVALRY PORTFOLIO SERVICES LLC<br>500 SUMMIT LAKE DR<br>STE 400<br>VALHALLA NY 10595-2322 | Car Finance Capital<br>7525 Irvine Center Dr 250<br>Irvine CA 92618-3070 |
| Car Finance Capital<br>P O BOX 3807<br>Coppell TX 75019-5877 | Cash Net USA<br>200 W Jackson Blvd 14th Flr 200<br>Chicago IL 60606-6930 | Cashcall Inc<br>1 City Blvd W<br>Orange CA 92868-3621 |
| Cbna<br>Po Box 6497<br>Sioux Falls SD 57117-6497 | Ccs first National Ban<br>500 East 60th St North<br>Sioux Falls SD 57104-0478 | Check City<br>P O Box 970028<br>Orem UT 84097-0028 |
| Check Into Cash<br>P O Box 550<br>201 Keith Street Suite 80<br>Cleveland TN 37311-5867 | Check N Go<br>7755 Montgomery Road 400<br>Cincinnati OH 45236-4197 | Citi<br>Po Box 6190<br>Sioux Falls SD 57117-6190 |

Citibank N A
701 East 60th Street North
Sioux Falls SD 57104-0493

Collection Bureau Of Alameda County
25954 Eden Landing Road
Hayward CA 94545-3837

Comenity Bank
One Righter Parkway Suite 100
Wilmington DE 19803-1533

Comenitycapital biglot
Po Box 182120
Columbus OH 43218-2120

(p)CONTINENTAL FINANCE COMPANY LLC
PO BOX 8099
NEWARK DE 19714-8099

Credit First N A
6275 Eastland Rd
Brookpark OH 44142-1399

Credit One Bank NA
585 Pilot Road
Las Vegas NV 89119-3619

Credit One Bank NA
Po Box 98872
Las Vegas NV 89193-8872

David Cusick
PO Box 1858
Sacramento, CA 95812-1858

FNCC
500 E 60th Street N
Sioux Falls SD 57104-0478

Fed Loan Servicing
PO BOX 60610
Harrisburg PA 17106-0610

First Premier Bank
3820 N Louise Ave
Sioux Falls SD 57107-0145

Franchise Tax Board
Bankruptcy Section MS A-340
P O Box 2952
Sacramento CA 95812-2952

Ginnys
1112 7th Ave
Monroe WI 53566-1364

Gm Financial
Po Box 181145
Arlington TX 76096-1145

Golden Valley Lending Inc
635 East Hwy 20 E
Upper Lake CA 95485-8793

I C System Inc
Po Box 64378
Saint Paul MN 55164-0378

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Iq Data International
PO BOX 2130
Everett WA 98213-0130

Richard L. Jare
6440 Carolinda Drive
Granite Bay, CA 95746-9001

Kay Jewelers
375 Ghent Rd
Akron OH 44333-4600

Keypoint Credit Union
2805 Bowers Ave
Santa Clara CA 95051-0972

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lakeview Loan Servicing, LLC
LoanCare, LLC
3637 Sentara Way
Virginia Beach VA 23452-4262

Lendmart
5455 Wilshire Blvd
Los Angeles CA 90036-4201

LoanCare, LLC
Malcom Cisneros, A Law Corporatin
2112 Business Center Dr
Irvine, CA 92612-7135

Loancare Servicing
3637 Sentara Way
Virginia Beach VA 23452-4262

Lowes
P O Box 981064
El Paso TX 79998-1064

Maxlenio
PO Box 639
Parshall ND 58770-0639

Meriwest Credit Union
5615 Chesbro Ave
San Jose CA 95123-3057

| | | |
|---|---|---|
| Merrick Bank<br>10705 South Jordan Gateway Suite 200<br>South Jordan UT 84095-3977 | Merrick Bank<br>P O Box 5721<br>Hicksville NY 11802 | Mobiloans LLC<br>Po Box 1409<br>Marksville LA 71351-1409 |
| MoneyLion<br>PO Box 1547<br>Sandy UT 84091-1547 | Net Pay Advance<br>455 N Maize Court<br>Wichita KS 67212-4654 | Office of the U.S. Trustee<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814-7304 |
| Caroline Macaraeg Panopio<br>6097 Twin Suns Street<br>Roseville, CA 95747-8684 | Michael Mark Panopio<br>6097 Twin Suns Street<br>Roseville, CA 95747-8684 | Pediatrix Medical Group<br>3850 California St<br>San Francisco CA 94118-1502 |
| Placer County Tax Collector<br>2976 Richardson Drive<br>Auburn CA 95603-2640 | Plain Green<br>93 Mack Road Suite 600<br>Box Elder MT 59521 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard, LLC<br>Jefferson Capital Systems, LLC Assignee<br>Po Box 7999<br>St. Cloud, MN 56302-7999 | Premier Bankcard, LLC<br>PO Box 7999<br>St Cloud, MN 56302-7999 | Progressive<br>PO Box 894107<br>Los Angeles CA 90189-4107 |
| Quantum Group LLC<br>PO Box 788<br>Kirkland WA 98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Rash Curtis Associat<br>190 S Orchard Ave Ste A2<br>Vacaville CA 95688-3645 |
| S O S Loans Inc<br>3655 Torrance Blvd Suite 425<br>Torrance CA 90503-4844 | Salute<br>P O Box 105555<br>Atlanta GA 30348-5555 | Nathan F. Smith<br>2112 Business Center Dr 2nd Fl<br>Irvine, CA 92612-7135 |
| Spotloan<br>PO Box 720<br>Belcourt ND 58316-0720 | Sterling Jewelers Inc<br>375 Ghent Road<br>Akron OH 44333-4600 | Syncb amazon<br>Po Box 965015<br>Orlando FL 32896-5015 |
| Syncb ashley Homestore<br>C o Po Box 965036<br>Orlando FL 32896-5036 | Syncb gapdc<br>Po Box 965005<br>Orlando FL 32896-5005 | Syncb toysrus<br>Po Box 965005<br>Orlando FL 32896-5005 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank<br>170 West Election Road Suite 125<br>Draper UT 84020-6425 | Tbom Total Credit<br>Po Box 85710<br>Sioux Falls SD 57118-5710 |

| | | |
|---|---|---|
| Tbom atls fortiva Mc<br>5 Concourse Pkwy<br>Atlanta GA 30328-5350 | Tbom contfinance<br>4550 New Linden Hill Rd<br>Wilmington DE 19808-2930 | Tellez Landscapes, Jose Juan Tellez<br>Post Office Box 45<br>Lincoln, CA 95648-0045 |
| (p)TRAVIS CREDIT UNION<br>P O BOX 2069<br>VACAVILLE CA 95696-2069 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 |
| (p)U S DEPARTMENT OF EDUCATION<br>P O BOX 5609<br>GREENVILLE TX 75403-5609 | Union Square Dermatology<br>450 Sutter St 830<br>San Francisco CA 94108-3915 | United States Attorney<br>For Department of Education<br>501 I Street Suite 10-100<br>Sacramento CA 95814-7306 |
| United States Attorney<br>For Internal Revenue Service<br>501 I Street Suite 10-100<br>Sacramento CA 95814-7306 | United States Department of Justice<br>Civil Trial Section Western Region<br>Box 683 Ben Franklin Station<br>Washington DC 20044-0683 | Us Dept Of Ed glelsi<br>2401 International Lane<br>Madison WI 53704-3121 |
| Weinstein and Riley PS<br>P O BOX 3978<br>2001 Western Ave 400<br>Seattle WA 98121-3132 | lendup com<br>237 Kearny St 372<br>San Francisco CA 94108-4502 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>PO Box 183853<br>Arlington, TX 76096 | (d)AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Bank Of America<br>Po Box 982238<br>El Paso TX 79998 |
| Calvary Portfolio Services LLC<br>PO BOX 27288<br>Tempe AZ 85285 | Continental Finance Company LLC<br>P O Box 8099<br>Newark DE 19714 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| Travis Credit Union<br>1 Travis Way<br>Vacaville CA 95687 | (d)Travis Credit Union<br>PO Box 2069<br>Vacaville CA 95696 | US Department of Education<br>Bankruptcy Section<br>50 Beale St Ste 900<br>San Francisco CA 94105-1863 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57104-0493

(u)LakeView Loan Servicing, LLC

(u)LoanCare, LLC

(d)Moneylion Inc
Po Box 1547
Sandy UT 84091-1547

End of Label Matrix
Mailable recipients   103
Bypassed recipients     4
Total                 107